*In re* **CARLSON**, DENNIS ERIC (MR 17398)
Chicago, IL

Order of the Court:

The petition by respondent Dennis Eric Carlson for leave to file exceptions to the report and recommendations of the Review Board is denied. Respondent is suspended from the practice of law for three years, as recommended by the Review Board. Respondent Dennis Eric Carlson shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.